AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

## UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

JAN 05 2020

JAMES W. McCORMACK, CLERK

By: _____

DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21MJ00001-JTK |
| Shawn Raikeen Wallace | ) | |
| | ) | **21-mj-003-MEH** |
| | ) | |
| | ) | **FILED** |
| | ) | **UNITED STATES DISTRICT COURT** |
| *Defendant* | | **DENVER, COLORADO** |
| | | *1:01 pm, Jan 07, 2021* |
| | | **JEFFREY P. COLWELL, CLERK** |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Shawn Raikeen Wallace
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) Interstate communication of threats

Date:  1/5/21

_____
*Issuing officer's signature*

City and state:     Little Rock, Arkansas

Jerome T. Kearney, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  1/6/2021 , and the person was arrested on *(date)*  1/7/2021
at *(city and state)*  Colorado Springs, CO .

Date:  1/7/2021

_____
*Arresting officer's signature*

John W. Smith – Special Agent FBI
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

JAN 05 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Shawn Raikeen Wallace<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br><br>    4:21MJ00001-JTK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____24-26 December 2020_____ in the county of _____Pulaski_____ in the

_____Eastern_____ District of _____Arkansas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Interstate communication of threats |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

**Issued by telephone pursuant to Rule 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure**

Sworn to before me and signed in my presence.

Date: _1/5/21_

City and state: _____Little Rock, Arkansas_____

_____
*Complainant's signature*

FBI SA Joshua Pullen
*Printed name and title*

_____
*Judge's signature*

Jerome T. Kearney, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

## APPLICATION FOR ARREST WARRANT

I, Joshua Pullen, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     Your affiant was previously employed with the Orange County Sheriff's Office as a deputy in Florida for three years. As a deputy, I enforced Florida state statutes by developing probable cause to make arrests, executing search warrants, traffic violations, and writing arrest warrants. Your affiant has been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since May 2019. I am currently assigned to the Little Rock, Arkansas, FBI Field Office as a member of the Joint Terrorism Task Force (JTTF). My primary duties are to investigate criminal activities involving domestic and international terrorism, illegal possession, distribution, and manufacture of controlled substances, illegal possession and usage of firearms, interstate threatening communications and violent crimes. As a federal law enforcement officer who is engaged in enforcing criminal laws, your Affiant is authorized by the Attorney General to request the issuance of this search warrant.

2.     As a result of my training and experience as an FBI Special Agent, I am familiar with federal criminal laws relating to firearms, explosives, violent crime, and interstate threatening communications. I am aware that it is a violation of Title 18, United States Code, 875(c) for someone to transmit in interstate commerce any communication containing a threat to injure the person of another.

3.     The information in the Affidavit is based upon my personal involvement in the investigation of this case; law enforcement reports, records, and interviews; information received from other law enforcement agents; my experience and training; and the experience of other

agents. Because of this Affidavit's limited purpose, it does not contain all the facts known to me or other law enforcement officers about the investigation. Specifically, I have set forth only those facts that I believe are necessary to establish probable cause in support of the criminal complaint and arrest warrant.

4.     The information contained in the Affidavit is based upon information obtained during my investigation regarding violations of federal law committed by **SHAWN RAIKEEN WALLACE** in Little Rock, and Stuttgart, Arkansas. In addition, investigative information has been obtained through other law enforcement agencies, public source documents, criminal databases, and information provided by witnesses, and concerned citizens.

## PROBABLE CAUSE

5.     This affidavit will show Shawn Raikeen Wallace used interstate commerce, via internet phone calls from multiple IP addresses, to make multiple threatening phone calls to at least seven different law enforcement agencies. Wallace utilized applications, such as TextNow, to mask and change his telephone number to hide his identity. Wallace would not disclose his identity and used different names during the threatening phone calls. In a span of three days, Wallace contacted law enforcement at least twelve times, to include city, state, and federal law enforcement. During many of the calls, Wallace wanted his ex-girlfriend arrested. He claimed the Stuttgart Police were corrupt because she was released due to COVID-19 pandemic restrictions. Law enforcement gave Wallace multiple opportunities to report his complaint, but he became verbally hostile with multiple dispatchers resulting in multiple threats to government buildings and employees in Arkansas.

6.     As detailed below, Wallace threatened to use explosives to blow up the Arkansas State Capitol building, the Arkansas Governor's office, Washington DC, the Stuttgart Police

2

Department (PD), to commit acts of terrorism across Arkansas. He vividly described killing his ex-girlfriend, their newborn child, and her current boyfriend. Wallace made multiple phone calls to FBI Little Rock, FBI Norfolk, FBI Washington DC Field Office, Little Rock Police Department (LRPD), Arkansas State Police, FBI National Threat Operations Center, and Stuttgart PD.

7.      Wallace has spoken FBI personnel for at least fifty-six minutes, in five different phone calls, as detailed later in this affidavit. Other phone calls were either not recorded or have not been identified as of the writing of this affidavit. Wallace contacted the Arkansas State Police (ASP) dispatcher six times in one day, totaling over thirty-five minutes. The ASP dispatcher placed Wallace on hold multiple times to respond to deputies on the road and to dispatch emergency services. The Little Rock Police Department received multiple phone calls totaling over twenty-two minutes.

8.      Wallace's continued phone calls and threatening remarks created a threat to public safety and prevented resources from being used on actual emergencies in these jurisdictions. Further investigation into this matter showed Wallace made similar threats in late November and early December with the Stuttgart Police Department. Wallace claimed he was going to blow up the police department and shoot their personnel. During the initial threats, the Stuttgart PD was placed on lockdown and the personnel were instructed not to come to work. The Stuttgart PD is currently attempting to obtain an Arkansas State arrest warrant for threatening communications for these incidents.

9.      In late December, Wallace expanded his threats outside Stuttgart PD. The following narratives describes continued threats being made weeks after the threat to the Stuttgart PD.

10.     Wallace utilized TextNow and other unknown applications to mask his telephone number. He used the internet to make phone calls and to change his number at his leisure. Both

3

TextNow and the internet are a means to communicate in interstate commerce. FBI used emergency disclosures to Google, TextNow, and Facebook to locate Wallace in Colorado Springs / Denver, Colorado. Location data from these providers place Wallace in that area when the threats were made.

11.    On December 24, 2020, at 1:46 am (CST), the FBI Little Rock Field Office received a call from an unknown male, from telephone number 719-270-3701, to make a complaint about harassment from the Stuttgart Police Department in Arkansas. The unknown male was guided through the process of filing a complaint with the FBI. The subject called back to express his dissatisfaction and became verbally aggressive with the FBI operator. The subject started screaming that he was "gonna blow shit up" and that "if it has to happen on Christmas day, so be it" and that we were "going to feel that shit." The subject did not give his name.

12.    The unknown male called the FBI Little Rock Field Office four times using three different numbers. The caller had the ability to mask his telephone number. He called FBI Little Rock from 719-270-3701, 202-278-2000 (which is the phone number of the FBI Washington DC Field Office), and 910-348-2644.

13.    On December 24, 2020, at 2:50 am (EST), the FBI Washington DC Field Office received a call from an unknown male, from telephone number 719-270-0370, who stated he was going to commit a terrorist attack on Christmas Day in Arkansas, if the FBI did not investigate his complaint. He wanted to report a dirty cop in Arkansas and was guided through the process of filing a complaint with the FBI. The unknown male caller described his complaint to the operator. He said, "if I have to blow up the Arkansas Capitol Building" to get somebody to do something. The caller referred to the explosion like that of the Oklahoma City bombing with ammonium nitrate and diesel fuel. He stated people as angry as he is get in bulldozers and destroy towns. The

4

caller was transferred to the complaint line and spoke with a call taker.

14.     On December 24, 2020, at 3:20 am (EST), the FBI Washington DC Field Office received another call from the same unknown male, from a different telephone number 719-270-3701. He was dissatisfied with the complaint line operator but still wanted to report a complaint. He said his name was Shawn Wallace, email account shawnwallace200@gmail.com. Wallace stated Shandreya Pranshke, date of birth March 1 or 4, 1991, stole his identity, his 2006 Chevrolet Impala, and his guns to include an AR-15, an AR-10, and a .40 caliber handgun. He stated Pranshke ran over an elderly man who was trying to stop her from stealing these items. Wallace claimed that Pranshke had a warrant out of Texas because of these events. Wallace informed the Stuttgart PD that Pranshke was in their jurisdiction. Stuttgart PD arrested Pranshke and then released her. Wallace said she was released because the Stuttgart Police were corrupt. He said he got into a verbal altercation with one of the Stuttgart police officers over the situation. Wallace told the operator that he was in the military. Wallace told the operator that he was in DeWitt, Arkansas.[1] Wallace stated he purchased another AR-10 and .45 caliber handgun and had a lot of "other special goodies" he had been working on. He said "there is a lot you can do with diesel fuel" and stated that when he went to Stuttgart the next day,[2] he would be "drag[ging] a couple of them to hell with him" by using what he had in the back of his F-250. If the cops would have gotten near the truck, "that shit blows up." Wallace stated he was going to Stuttgart at that moment and started his truck.

15.     Wallace warned that he would not be found because he does not want to be found. He advised he had a program that changed his phone number every twenty-five to thirty-five minutes. Wallace stated he knew he could get into trouble for what he was saying.

16.     On December 24, 2020, at 6:14 am (EST), the FBI Norfolk Field Office received a

_____

[1] DeWitt is about nineteen miles from Stuttgart.
[2] The next day means December 25, 2020.

5

call from an unknown male, from telephone number 910-348-2644. Caller expressed frustration with not having an issue resolved that he brought to the attention of the FBI. The caller reported contacting the Little Rock FBI fifty-two times, Baltimore, and Washington field offices prior to contacting the Norfolk Field Office. Caller stated that he has "an F250 long bed full of ammonium nitrate" and would "blow up" Washington DC if he was not contacted to address his concern. The caller abruptly disconnected the call and no additional information was obtained.

17.    On December 26, 2020, at 8:27 am (CST), the LRPD received a call from an unknown male, from telephone number 719-270-3701. The unknown male said he was a veteran and had an issue with Stuttgart Police Department. His concern was about a female, named Shanda, who tried to steal his Impala and ran over someone. He stated that he had unloaded a shotgun[3] at the Stuttgart Police Station and was going further than that. Caller stated he was in DeWitt, Arkansas, and specifically had a problem with Stuttgart PD Detective Watson. The caller made other threats during the phone call.

18.    On December 26, 2020, at 7:30am (EST), the FBI National Threat Operations Center received a call from someone claiming to be "Jon Norman." Caller identification showed the telephone number to be 646-948-4208. Norman said he murdered three people and decapitated a child. The operator asked for "Norman's" current location, and he responded his address was going to be a bomb in the back of his truck at the Arkansas Governor's office. "Norman" stated he had 2000 pounds of explosives in the back of an F350. During the call, he admitted that he had given a fake name to the operator. "Norman's" complaint was about dirty cops threatening his family and protecting a felony fugitive who ran over somebody with a stolen vehicle. He claimed Arkansas refused to lock the fugitive up due to COVID19 pandemic restrictions. "Norman"

---

[3] Meaning that he shot a shotgun at the police station.

described how he had recently murdered this fugitive by following her home and killing her, her boyfriend, and her child that she said was his. "Norman" did not believe the child was his baby. "Norman" gave specific details of the murder to the operator. One detail was that he cut the child's head off with a machete. He referenced he had ammonium nitrate and diesel fuel in the back of his truck for the dirty cops. "Norman" said he was killing people, will continue to kill people, and will blow up the bomb today.[4] He stated he was going to pop this thing in the back of the truck now and bring the whole hotel building down. "Norman" compared the size of the bomb to the size of the one used Oklahoma City in 1994. "Norman" stated the time to be 4:57am where he was.

19.     On December 26, 2020, at 9:37 am (CST), the Arkansas State Police received a call from an unknown male, from telephone number 757-542-9678. The unknown male claimed he was going to use ammonium nitrate to blow up the governor's office after he killed three people in Stuttgart. He said he had two devices and gave vivid a description about the murders. He identified himself as a domestic terrorist.

20.     On December 26, 2020, at 9:42am (CST), the Arkansas State Police received another call from telephone number 757-542-9678. The caller identified himself as "Norman" who claimed he was watching what was happening on his laptop. "Norman" stated he had exchanged gunfire with Stuttgart PD and referenced killing someone on Christmas day. He stated he had explosive devices in his truck, and he would commit acts of terrorism "all over Arkansas." "Norman" claimed he was part of the military and with EOD[5] for the Army. His complaint was about a woman with a federal warrant who stole his AR-10, AR-15, Smith and Weston SW 40 ZE, Taurus 357, snub nosed pistol grip revolver, and an AA12 shotgun. He stated that she stole his car, robbed him, and ran over a 60-year-old man, twice, who tried to stop her from leaving Texas.

_____

[4] Today means December 26, 2020.
[5] Explosive Ordinance Disposal

"Norman" stated had an ex-wife in the Air Force who oversees domestic security. He stated that the fugitive woman is living with a town drug dealer and has paid off Detective Watson with the Stuttgart PD. "Norman" stated he killed three people in Stuttgart and now has a trailer of 5,000 pounds of ammonium nitrate, diesel fuel, ball bearings, nails, glass, and "it's gonna be bad." He stated he was going to detonate this at the Stuttgart PD because of everything they have done to him. "Norman" wants Detective Watson and Lieutenant Wallace to go to jail and would rather not blow up all the other cops. He described the three people he murdered the day before[6] as Shandreya Pranchke, born on March 1 or March 4, 1991, her child, and her boyfriend. "Norman" said they were murdered because Detective Watson did not arrest her. "Norman" gave details of the murder and claimed to be in Arkansas.

21.     On December 26, 2020, at 11:23am (CST), the Arkansas State Police received another call from "Norman," from telephone number 757-542-9678. "Norman" was dissatisfied that a supervisor had not returned his phone call yet.

22.     On December 26, 2020, at 11:35am (CST), the Arkansas State Police received another call from "Norman," from telephone number 757-542-9678. "Norman" stated that even if the police lock him up, they cannot lock him up forever. "As soon as I get out, I'm gonna go right back to what my intentions were."

23.     On December 26, 2020, at 11:40am (CST), the Arkansas State Police received another call from "Norman," from telephone number 757-542-9678. "Norman" appeared to be crying during the phone call.

24.     On December 26, 2020, at 11:54am (CST), the Arkansas State Police received another call from "Norman," from telephone number 757-542-9678. "Let Stuttgart know I'll be

---

[6] The day before means December 25, 2020.

8

down there in person later on today ready to die." "Norman" got increasingly angrier and the call ended.

25.     Your Affiant listened to all the recorded calls listed in this affidavit, and the caller's voice is the same in each call. Furthermore, SA John Smith from Denver FBI office interviewed Wallace and stated he believes the voice on the recording is the same as Wallace's. During the interview, upon being asked why he used the name "Jon Norman," Wallace responded Norman is his mother's married name.

26.     Your Affiant interviewed Shandreya Pranshke. Wallace is her ex-boyfriend who has threatened her multiple times. Pranshke provided your Affiant with 128 text or social media messages from Wallace threatening her including a picture of a firearm.



9

Another image Pranshke provided was a photo Wallace had posted to his Facebook page.
The photo is of the machete mentioned in the calls above.



## CONCLUSION

27.    Based on the foregoing, I submit that, there is probable cause to believe that

**SHAWN RAIKEEN WALLCE** has committed violations of Title 18, United States Code, 875(c)

by conveying interstate threats from Colorado to Arkansas, while using the internet, phone

applications, and cellular telephone communication on December 24 and 26, 2020.


FURTHER YOUR AFFIANT SAYETH NAUGHT:


_____

Joshua Pullen
Special Agent
Federal Bureau of Investigation


Sworn before me on this ____5th____ day of January 2021.

_____

The Honorable Jerome T. Kearney
United States Magistrate Judge

11